LATHAM & WATKINS LLP
  Jennifer L. Barry (Bar No. 228066)
    *jennifer.barry@lw.com*
  Patrick C. Justman (Bar No. 281324)
    *patrick.justman@lw.com*
12670 High Bluff Drive
San Diego, CA  92130
858.523.5400 / 858.523.5450 (Fax)

LATHAM & WATKINS LLP
  Dennis Mai (*admitted pro hac vice*)
    *dennis.mai@lw.com*
1271 Avenue of the Americas
New York, NY 10020
212.906.1200 / 212.751.4864 (Fax)

Attorneys for Plaintiff
PROTON AG

MORGAN, LEWIS & BOCKIUS LLP
  Carla B. Oakley (Bar No. 130092)
    *carla.oakley@morganlewis.com*
  Katerina Hora Jacobson (Bar No. 342384)
    *katerina.horajacobson@morganlewis.com*
One Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105-1596
415.442.1301 / 415.442.1001 (Fax)

Brian O'Donnell, (*pro hac vice*)
  *brian.odonnell@morganlewis.com*
1111 Pennsylvania Avene, NW
Washington, DC 20004-2541
202.739.3000 / 202.739.3001 (Fax)

DERGOSITS & NOAH LLP
Michael E. Dergosits (Bar No. 118206)
  *mdergosits@dergnoah.com*
Richard A. Nebb (Bar No. 146239)
  *rnebb@dergnoah.com*
One Embarcadero Center, Suite 720
San Francisco, CA 94111
415.705.6377 / 415.750.6383 (Fax)

Attorneys for Defendant
METALLICUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| METALLICUS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>PROTON AG,<br>f/k/a PROTON TECHNOLOGIES AG,<br><br>            Defendant. | CASE NO. 4:21-cv-09562-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

1    Pursuant to Civil Local Rule 6-1(b), Plaintiff Metallicus, Inc. and Defendant Proton AG

2  hereby STIPULATE AND AGREE to the following:

3    1.    On September 16, 2022, Metallicus filed its Second Amended Complaint (the

4  "SAC") (Dkt. No. 44) and served it upon Proton AG.

5    2.    On September 30, the Parties will participate in an additional mediation session

6  before Judge James Ware (Ret.).

7    3.    The Parties agree that in light of the upcoming mediation, it would be beneficial

8  to extend the time for Defendant Proton to respond to the SAC in order to focus on preparing for

9  a productive mediation, and have agreed to extend the response deadline for Defendant Proton

10  by three weeks to October 21, 2022.

11    4.    Extending the time for Defendant Proton to respond to the SAC will not alter the

12  date of any event or any deadline already fixed by this Court.

13    5.    Therefore, Defendant Proton shall have up to and including October 21, 2022 to

14  respond to Plaintiff Metallicus's Second Amended Complaint.

15    **IT IS SO STIPULATED.**

16  Dated:  September 27, 2022          Respectfully submitted,

17                                      LATHAM & WATKINS LLP

18                                      By  /s/*Patrick C. Justman*
                                            Patrick C. Justman

19
                                        *Attorneys for Plaintiff*
20                                      PROTON AG

21

22  Dated: September 27, 2022           MORGAN LEWIS & BOCKIUS LLP

23                                      By  /s/*Carla B. Oakley*
                                            Carla B. Oakley

24
                                        *Attorneys for Defendant*
25                                      METALLICUS, INC.

26

27

28

1

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained for all signatories above.

Dated:  September 27, 2022

/s/*Patrick C. Justman*
Patrick C. Justman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/28/2022

Honorable Haywood S. Gilliam, Jr.
United States District Judge