| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Carla B. Oakley, Bar No. 130092<br>Katerina Hora Jacobson, Bar No. 342384<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>carla.oakley@morganlewis.com<br>katerina.horajacobson@morganlewis.com<br>Tel: +1.415.442.1000 / Fax: +1.415.442.1001<br><br>Brian O'Donnell*<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 2004-2541<br>brian.odonnell@morganlewis.com<br>Tel.: +1.202.739.3000 / Fax: +1.202.739.3001<br>*admitted pro hac vice<br><br>Kathryn Feiereisel*<br>110 North Wacker Drive<br>Chicago, IL 60606-1511<br>katie.feiereisel@morganlewis.com<br>Tel.: +1.312.324.1101 / Fax: +1.312.324.1001<br>*admitted pro hac vice<br><br>DERGOSITS & NOAH LLP<br>Michael E. Dergosits, Bar No. 118206<br>Richard A. Nebb, Bar No. 146239<br>mdergosits@dergnoah.com<br>rnebb@dergnoah.com<br>One Embarcadero Center, Suite 720<br>San Francisco, CA 94111<br>Tel.: +1.415.705.6377 / Fax: +1.415.705.6383<br><br>Attorneys for Defendant and Counterclaim-Plaintiff METALLICUS, INC. and Defendant MARSHALL HAYNER | LATHAM & WATKINS LLP<br>Jennifer L. Barry, Bar No. 228066<br>jennifer.barry@lw.com<br>Patrick C. Justman, Bar No. 281324<br>patrick.justman@lw.com<br>Dennis Mai*<br>dennis.mai@lw.com<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>858.523.5400 / 858.523.5450 (Fax)<br>*admitted pro hac vice<br><br>POTOMAC LAW GROUP<br>Julia Anne Matheson*<br>jmatheson@potomaclaw.com<br>1300 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004<br>202.558.5557 / 202.318.7707 (Fax)<br>*admitted pro hac vice<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant PROTON AG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PROTON AG,<br><br>        Plaintiff,<br><br>  v.<br><br>METALLICUS, INC. and MARSHALL HAYNER,<br><br>        Defendants. | CASE NO. 4:21-cv-09714-HSG<br><br>**STIPULATION AND ORDER TO AMEND CASE SCHEDULE** |

| | | |
|---|---|---|
| 1 | | |
| 2 | METALLICUS, INC., | CASE NO. 4:21-cv-09562-HSG |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | PROTON TECHNOLOGIES AG n/k/a PROTON AG, | |
| 6 | | |
| 7 | Defendant. | |

Pursuant to Federal Rule of Civil Procedure 16 and this Court's Standing Order ¶ 15 and guidance during the Case Management Conference on February 28, 2023 (Dkt. 108), the parties hereby submit the following Stipulation to amend the Amended Scheduling Order (Dkt. 58) and the Scheduling Order in the related matter Civil Action No. 4:21-cv-09562-HSG-SK, as shown below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close fact discovery | March 2, 2023 | March 24, 2023 |
| Exchange opening expert reports | March 17, 2023 | April 7, 2023 |
| Exchange rebuttal expert reports | April 21, 2023 | May 11, 2023 |
| Close Expert discovery | May 12, 2023 | May 26, 2023 |
| Dispositive and Daubert motions | June 8, 2023 | No change |
| Hearing deadline | July 27, 2023 | No change |
| Pretrial conference | October 24, 2023 | No change |
| Trial – 7 days | November 13, 2023 | No change |

**IT IS SO STIPULATED.**

Dated:  March 3, 2023

MORGAN LEWIS & BOCKIUS LLP

By  /s/  Carla B. Oakley
Carla B. Oakley
Brian P. O'Donnell
Kathryn Feiereisel
Katerina Hora Jacobson

*Attorneys for Defendant and Counterclaim-Plaintiff* METALLICUS, INC. and *Defendant* MARSHALL HAYNER

Dated: March 3, 2023

LATHAM & WATKINS LLP

By  /s/ Jennifer L. Barry
Jennifer L. Barry
Patrick C. Justman

*Attorneys for Plaintiff and Counterclaim-Defendant* PROTON AG

**ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained for all signatories above.

Dated: March 3, 2023          /s/ *Jennifer L. Barry*
                              Jennifer L. Barry

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    3/7/2023

Honorable Haywood S. Gilliam, Jr.
United States District Judge