MORGAN, LEWIS & BOCKIUS LLP
Carla B. Oakley, Bar No. 130092
Jenna K. Stokes, Bar No. 307789
Katerina Hora Jacobson, Bar No. 342384
One Market, Spear Street Tower
San Francisco, CA  94105-1596
carla.oakley@morganlewis.com
jenna.stokes@morganlewis.com
katerina.horajacobson@morganlewis.com
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Brian O'Donnell (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC  2004-2541
brian.odonnell@morganlewis.com
Tel.: +1.202.739.3000
Fax: +1.202.739.3001

Kathryn Feiereisel (*pro hac vice*)
110 North Wacker Drive
Chicago, IL 60606-1511
katie.feiereisel@morganlewis.com
Tel.: +1.312.324.1101
Fax: +1.312.324.1001

DERGOSITS & NOAH LLP
Michael E. Dergosits, Bar No. 118206
Richard A. Nebb, Bar No. 146239
mdergosits@dergnoah.com
rnebb@dergnoah.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Tel.: +1.415.705.6377
Fax: +1.415.705.6383

*Attorneys for Defendant and
Counterclaim-Plaintiff Metallicus, Inc.
and Defendant Marshall Hayner*

LATHAM & WATKINS LLP
Jennifer L. Barry, Bar No. 228066
jennifer.barry@lw.com
Patrick C. Justman, Bar No. 281324
patrick.justman@lw.com
Melanie J. Grindle, Bar No. 311047
melanie.grindle@lw.com
Dennis Mai (*pro hac vice*)
dennis.mai@lw.com
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 (Fax)

William Shubeck (*pro hac vice*)
bill.shubeck@lw.com
Tayler Woelcke (*pro hac vice*)
tayler.woelcke@lw.com
1271 Avenue of the Americas
New York, NY 10020
212.906.1200 / 212.751.4864 (Fax)

Emma Lammawin
emma.lammawin@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714.755.8040 / 714.755.8290 (Fax)

*Attorneys for Plaintiff and
Counterclaim-Defendant PROTON AG*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PROTON AG,<br><br>       Plaintiff,<br><br>   v.<br><br>METALLICUS, INC. and MARSHALL HAYNER,<br><br>       Defendants. | CASE NO. 4:21-cv-09714-HSG<br><br>**STIPULATION AND ORDER TO AMEND CASE SCHEDULE** |

1    METALLICUS, INC.,                              CASE NO. 4:21-cv-09562-HSG

2                        Plaintiff,

3               v.

4    PROTON TECHNOLOGIES AG n/k/a
     PROTON AG,
5
                        Defendant.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        Pursuant to Federal Rule of Civil Procedure 16 and this Court's Standing Order ¶ 15 and

2  guidance during the Case Management Conference on April 20, 2023 (Dkt. 155), the parties

3  hereby submit the following Stipulation to amend the Amended Scheduling Order (Dkt. 115) and

4  the Scheduling Order in the related matter Civil Action No. 4:21-cv-09562-HSG, as shown

5  below:

6

7

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange rebuttal expert reports | May 11, 2023 | May 26, 2023 |
| Close Expert discovery | May 26, 2023 | June 9, 2023 |
| Dispositive and Daubert motions | June 8, 2023 | June 16, 2023 |
| Hearing deadline | July 27, 2023 | No change |
| Pretrial conference | October 24, 2023 | No change |
| Trial – 7 days | November 13, 2023 | No change |

**IT IS SO STIPULATED.**

Dated: April 25, 2023          MORGAN LEWIS & BOCKIUS LLP

                             By  /s/ *Carla B. Oakley*
                                Carla B. Oakley

                                *Attorneys for Defendant and Counterclaim-Plaintiff* METALLICUS, INC. and *Defendant* MARSHALL HAYNER

Dated: April 25, 2023          LATHAM & WATKINS LLP

                             By  /s/ *Jennifer L. Barry*
                                Jennifer L. Barry

                                  *Attorneys for Plaintiff and Counterclaim-Defendant* PROTON AG

1

## ATTESTATION

2          Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this

3   document has been obtained for all signatories above.

4   Dated:  April 25, 2023                    /s/ *Carla B. Oakley*
                                              Carla B. Oakley
5

6          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8   Dated:  4/25/2023

9                                             Honorable Haywood S. Gilliam, Jr.
                                              United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28