MORGAN, LEWIS & BOCKIUS LLP
Carla B. Oakley, Bar No. 130092
Jenna K. Stokes, Bar No. 307789
Katerina Hora Jacobson, Bar No. 342384
One Market, Spear Street Tower
San Francisco, CA  94105-1596
carla.oakley@morganlewis.com
jenna.stokes@morganlewis.com
katerina.horajacobson@morganlewis.com
Tel:  +1.415.442.1000
Fax:  +1.415.442.1001

Brian O'Donnell (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC  2004-2541
brian.odonnell@morganlewis.com
Tel.:  +1.202.739.3000
Fax:  +1.202.739.3001

Kathryn Feiereisel (*pro hac vice*)
110 North Wacker Drive
Chicago, IL 60606-1511
katie.feiereisel@morganlewis.com
Tel.:  +1.312.324.1101
Fax:  +1.312.324.1001

DERGOSITS & NOAH LLP
Michael E. Dergosits, Bar No. 118206
Richard A. Nebb, Bar No. 146239
mdergosits@dergnoah.com
rnebb@dergnoah.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Tel.:  +1.415.705.6377
Fax:  +1.415.705.6383

*Attorneys for Plaintiff Metallicus, Inc.*

LATHAM & WATKINS LLP
Jennifer L. Barry, Bar No. 228066
jennifer.barry@lw.com
Patrick C. Justman, Bar No. 281324
patrick.justman@lw.com
Melanie J. Grindle, Bar No. 311047
melanie.grindle@lw.com
Dennis Mai (*pro hac vice*)
dennis.mai@lw.com
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 (Fax)

William Shubeck (*pro hac vice*)
bill.shubeck@lw.com
Tayler Woelcke (*pro hac vice*)
tayler.woelcke@lw.com
1271 Avenue of the Americas
New York, NY 10020
212.906.1200 / 212.751.4864 (Fax)

Emma Lammawin
emma.lammawin@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714.755.8040 / 714.755.8290 (Fax)

*Attorneys for Defendant Proton Technologies Inc., n/k/a Proton AG*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| METALLICUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROTON TECHNOLOGIES AG n/k/a PROTON AG, <br><br> Defendant. | CASE NO. 4:21-cv-09562-HSG <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii) ; ORDER** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Metallicus, Inc. and Proton Technologies Inc., n/k/a Proton AG, through their respective counsel of record, hereby stipulate and agree to dismiss the above-captioned matter in its entirety and with prejudice, with each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated: June 13, 2023　　　　　　　　　　MORGAN LEWIS & BOCKIUS LLP

　　　　　　　　　　　　　　　　　　　　By  *s/ Carla B. Oakley*
　　　　　　　　　　　　　　　　　　　　　　Carla B. Oakley

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff* METALLICUS, INC.

Dated: June 13, 2023　　　　　　　　　　LATHAM & WATKINS LLP

　　　　　　　　　　　　　　　　　　　　By *s/ Jennifer L. Barry*
　　　　　　　　　　　　　　　　　　　　　　Jennifer L. Barry

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant* PROTON TECHNOLOGIES, INC., n/k/a PROTON AG

**ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained for all signatories above.

Dated: June 13, 2023

*s/ Carla B. Oakley*
Carla B. Oakley

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/14/2023

Honorable Haywood S. Gilliam, Jr.
United States District Judge